```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

IN RE: RICKIE LAMAR DEAN, SR.,   {   CHAPTER 13
                                 {
                                 {
                                 {
       DEBTOR(S)                 {   CASE NO. A18-53457-BEM
                                 {
                                 {   JUDGE ELLIS-MONRO
```

## OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (71 months).

3. As unsecured creditors may receive less than in a Chapter 7 liquidation, the plan may not conform to 11 U.S.C. Section 1325(a)(4).

4. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

5. The box checked in Section 1.2 appears to be inaccurate and fails to correspond with Section 3.4 of the proposed plan.

6. The lien avoidance calculation in Section 3.4 of the plan appears to be inaccurate.

7. Pursuant to information received from the Internal Revenue Service, 2014, 2016 and 2017 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
sonyab@atlch13tt.com

    8. The payout of the claim(s) owed to the Georgia Department of Revenue will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

    9. Pursuant to information received from the Meeting of Creditors, 2014, 2016 and 2017 tax return(s) have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Section 1322(d) and 1325(a)(6).

    10. The Debtor has failed to file tax returns with the tax authorities for the four (4) year period prior to filing in violation of 11 U.S.C. Section 1308.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    April 13, 2018

    _____/s/_____
Sonya M. Buckley, Attorney
For Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
sonyab@atlch13tt.com

A18-53457-BEM

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

RICKIE LAMAR DEAN, SR.
6839 BRIDGEWOOD DRIVE
AUSTELL, GA 30168

ATTORNEY FOR DEBTOR(S):

THE SEMRAD LAW FIRM, LLC
STERLING POINT II
SUITE 201
303 PERIMETER CENTER NORTH
ATLANTA, GA 30346

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 13th day of April 2018

_____/s/_____
Sonya M. Buckley, Attorney
For Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
sonyab@atlch13tt.com