UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.    A18-53457-BEM           ELLIS-MONRO, JUDGE
DEBTOR(S): RICKIE L. DEAN, SR.      DATE: MAY 16, 2018
```

SONYA M. BUCKLEY TO REPORT BACK IN 10 DAYS

DEBTOR TO PROVIDE ALL TAX RETURNS.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS AGAINST CONFIRMATION BECAUSE:
THE TRUSTEE HAS NOT RECEIVED ALL TAX RETURNS.
PLEASE ENTER AN ORDER OF DISMISSAL.

June 21, 2018

```
                         /s
            Sonya M. Buckley, Esq.
            for Chapter 13 Trustee
            GA. Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
404-525-1110

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

RICKIE L. DEAN, SR.
6839 BRIDGEWOOD DR
AUSTELL, GA 30168

ATTORNEY FOR DEBTOR(S):

THE SEMRAD LAW FIRM
303 PERIMETER CENTER N
STE 201
ATLANTA, GA 30346

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 21st day of June, 2018

_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
404-525-1110